| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
JOSE CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSE CAMPOS,

    Defendant.

Case No. 6:17-mj-00032-MJS

**STIPULATION TO CONTINUE; ORDER**

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Jose Campos, that the Court continue the February 6, 2018 hearing to April 17, 2018.

Mr. Campos lives in Modesto and is without a license. Nonetheless, the parties have reached a resolution in the case. Accordingly, the parties request that the Court continue Mr. Campos's February 6, 2018 hearing to April 17, 2018 to give Mr. Campos an opportunity to make the necessary travel arrangements.

//

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Date: February 1, 2018 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 1, 2018 | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE CAMPOS |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the February 6, 2018 hearing for Jose Campos, Case No. 6:17-mj-00032-MJS, is continued to April 17, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __February 1, 2018__    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Campos: Stipulation to Continue