1 HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2 HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
3 Office of the Federal Defender
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561
5 Fax: (559) 487-5950

6 Attorney for Defendant
JOSE CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00032-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING; ORDER** |
| vs. | |
| JOSE CAMPOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Jose Campos, that the Court continue the April 17, 2018 hearing to May 2, 2018.

Mr. Campos was set to return to court for plea and sentencing on April 17, 2018. Due to a change in the Court's calendar, it can no longer accommodate that date. Accordingly, the parties request that the Court continue Mr. Campos's hearing to May 2, 2018.

//

//

//

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 30, 2018    */s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 30, 2018    */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
JOSE CAMPOS

# **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the April 17, 2018 hearing for Jose Campos, Case No. 6:17-mj-0032-MJS, is continued to May 2, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 30, 2018            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Campos: Stipulation to Continue