# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | Case Number: **6:17MJ00032-001** |
| **JOSE CAMPOS** | Defendant's Attorney: Hope Alley, Assistant Federal Defender |

**THE DEFENDANT:**

[✔] pleaded guilty to counts __ONE & FOUR__ of the Complaint.

[ ] pleaded nolo contendere to count(s) __ which was accepted by the court.

[ ] was found guilty on count(s) __ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.2(b) | LIGHTING EQUIPMENT NOT IN GOOD WORKING ORDER | 5/13/2017 | ONE |
| 36 CFR § 4.14 | OPEN CONTAINER OF ALCOHOLIC BEVERAGE IN A VEHICLE | 5/13/2017 | FOUR |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) __ .

[✔] Counts __TWO & THREE__ are dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.          [✔] Appeal rights waived.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**5/2/2018**

Date of Imposition of Judgment

[cir1:Signature] [cir1:SignatureImage]

Signature of Judicial Officer

**Jeremy D. Peterson**, United States Magistrate Judge

Name & Title of Judicial Officer

5/3/2018

Date

DEFENDANT:**JOSE CAMPOS**
CASE NUMBER:**6:17MJ00032-001**

## PROBATION

The defendant is hereby sentenced to probation for a term of :
24 months.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1.  The Defendant's probation shall be unsupervised by the probation office.

2.  The Defendant is ordered to obey all federal, state, and local laws.

3.  The Defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

4.  The Defendant shall pay a special assessment of $20.00 for a total financial obligation of $20.00, which shall be due immediately. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

5.  The Defendant is ordered to personally appear for a Probation Review Hearing on 3/5/2019 AND 4/7/2020 at 10:00 am before U.S. Magistrate Judge Peterson.

6.  The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

7.  The Defendant shall abstain from the use of alcohol.

8.  The Defendant shall attend AA 3 times weekly for 18 months of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel, if represented.