AO 245D-CAED (Rev. 02/2018) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **JOSE CAMPOS** | Criminal Number: **6:17MJ00032-001** |
| | Defendant's Attorney: Hope Alley, Assistant Federal Defender |

**THE DEFENDANT:**

[✓]  admitted guilt to violation of charges  1 and 2  as alleged in the violation petition filed on  3/19/2019 .

[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| Charge One | Failure to pay special assessment | 3/19/2019 |
| Charge Two | Failure to attend AA 3 times per week | 3/19/2019 |

The court:   [ ] revokes:   [✓] modifies:   [ ] continues under same conditions of supervision heretofore ordered on  5/2/2018 .

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/7/2019
Date of Imposition of Sentence

/s/ Jeremy D. Peterson
Signature of Judicial Officer

**Jeremy D. Peterson**, United States Magistrate Judge
Name & Title of Judicial Officer

5/13/2019
Date

AO 245B-CAED (Rev. 02/2018) Sheet 2 - Imprisonment

DEFENDANT: **JOSE CAMPOS**
CASE NUMBER: **6:17MJ00032-001**

Page 2 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>12 days</u>.

- [ ] No TSR: Defendant shall cooperate in the collection of DNA.
- [ ] The court makes the following recommendations to the Bureau of Prisons:
- [ ] The defendant is remanded to the custody of the United States Marshal.
- [✓] The defendant shall surrender to the United States Marshal for this district
  - [ ] at ⎯⎯ on ⎯⎯.
  - [✓] on 6/24/2019
- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - [ ] before ⎯⎯ on ⎯⎯.
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Officer.

  If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ to ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
at ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯, with a certified copy of this judgment.

_____
United States Marshal

_____
By Deputy United States Marshal

AO 245B-CAED (Rev. 02/2018) Sheet 4 - Misdemeanor Probation

DEFENDANT: **JOSE CAMPOS**     Page 3 of 3
CASE NUMBER: **6:17MJ00032-001**

## PROBATION

The defendant is hereby sentenced to probation for a term of :24 months of unsupervised probation to be completed May 7, 2021 .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that defendant pay in accordance with the schedule of payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant shall personally appear for two probation review hearing on May 5, 2020 and October 6, 2021 at 10:00 a.m., before U.S. Magistrate Judge Peterson. Shortly before the final hearing, if the defendant has successfully complied with the terms of probation, he may request that this review hearing be vacated and that his term of probation be immediately terminated. If represented, the defendant shall make any such request through counsel.

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

5. The defendant shall advise the court and the government officer within seven days of being charged, cited or arrested for any alleged violation of law. If represented, the defendant shall provide such notice through counsel.
6. The defendant shall abstain from the use of alcohol.
7. The defendant shall attend Alcoholics Anonymous 2 times weekly for 16 months, beginning immediately, and file sworn proof of attendance to the court and government officer, through counsel, if represented.
8. The defendant shall serve 12 days of custody with the Bureau of Prisons with a surrender date of June 24, 2019. Additionally, he will report to a US Marshals office for processing at least one week prior to the surrender date.