HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JOSE CAMPOS JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00032 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY TERM OF SENTENCE |
| vs. | |
| JOSE CAMPOS JR., | JUDGE: Hon. Jeremy D. Peterson |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the previously ordered date for Mr. Campos to surrender himself into the custody of the United States Marshal be changed from June 24, 2019, to July 11, 2019, at 2:00 p.m.

Mr. Campos has a preplanned trip with his family to celebrate his daughter's birthday in early July. This continuance of the turn in date is to allow Mr. Campos to participate in that trip and then surrender himself immediately afterwards. Defense counsel spoke to Susan St. Vincent, counsel for the government, who has no objection to the extension of the surrender date.

All other terms of the sentence, including the two future review dates, would remain in full force and effect.

///

///

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| | | | McGREGOR SCOTT<br>United States Attorney |
| DATED: June 20, 2019 | | By: | /s/ *Susan St. Vincent*<br>SUSAN ST. VINCENT<br>National Park Service<br>Law Enforcement Officer<br>Attorney for Plaintiff |
| | | | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June 20, 2019 | | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JOSE CAMPOS JR. |

**O R D E R**

IT IS SO ORDERED that the surrender date for JOSE CAMPOS JR. to turn himself into the custody of the United States Marshal be changed from June 24, 2019, to July 11, 2019 at 2:00 p.m.

IT IS SO ORDERED.

Dated: June 20, 2019

UNITED STATES MAGISTRATE JUDGE