HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE CAMPOS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00032-JDP |
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING; ORDER** |
| vs. | |
| JOSE CAMPOS, JR., | |
| Defendant. | |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Jose Campos, Jr., hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for May 5, 2020.

Mr. Campos' term of probation currently extends to May 7, 2021. Mr. Campos currently attends AA meetings as required by the terms of his probation.  Because Mr. Campos has substantially complied with the terms of his probation to date the parties move the court to vacate Mr. Campos' review hearing currently calendared for May 5, 2020.  In addition, the parties stipulate that the October 6, 2020 review hearing be re-calendared for April 6, 2021.

//

//

//

| | |
|---|---|
| | Respectfully submitted, |
| | |
| | BENJAMIN J. WAGNER<br>United States Attorney |
| Dated:  May 4, 2020 | */s/ Susan St. Vincent*<br>SUSAN ST. VINCENT<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
| | |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 4, 2020 | */s/ Benjamin A. Gerson*<br>BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE CAMPOS, JR. |

ORDER

Based on the parties' joint representation that Mr. Campos is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for May 5, 2020, at 10:00 a.m.  In addition the review hearing currently set for October 6, 2020 shall be re-calendared for April 6, 2021.

IT IS SO ORDERED.

Dated:   May 4, 2020

UNITED STATES MAGISTRATE JUDGE